# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Valentin PEREZ and Reynaldo GONZALEZ | ) ) ) ) ) | Case No. |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 4, 2017** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Possession of a firearm by a previously convicted felon |

This criminal complaint is based on these facts:

See Attachement A

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Kempton, ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/07/2017

*Judge's signature*

City and state: Laredo, Texas     Guillermo R. Garcia, US Magistrate Judge
*Printed name and title*

# ATTACHMENT A

On August 4, 2017, an ATF Undercover Special Agent met with Valentin PEREZ, a previously convicted felon, and Reynaldo GONZALEZ, also a previously convicted felon, at a predetermined location to conduct a controlled firearms transaction. The ATF UC purchased 10 handguns and 2 rifles that were placed in a duffel bag from PEREZ and GONZALEZ. ATF agents arrested PEREZ and GONZALEZ for being in possession of firearms by a previously convicted felon. During the arrest, ATF agents discovered PEREZ and GONZALEZ armed with a .40 caliber pistol and a 9mm pistol. The firearms were secured and the subjects taken into custody. Record checks revealed PEREZ has a felony conviction for Alien Smuggling out of the US District Court, Southern District of Texas. GONZALEZ has a previous felony conviction for Aggravated Assault with a Deadly Weapon out of the 341st District Court Laredo, TX

The firearm located on GONZALEZ was identified as a Beretta .40 caliber pistol, Model: PX4 Storm, Serial Number: PY135313.

The firearm located on PEREZ was identified as a Glock 9mm pistol, Model: 19, Serial Number: XXC591

Both firearms have been examined and were determined to have traveled in and/or affected interstate commerce.